IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID B. TRACEY,

      Plaintiff,                    No. CIV S-05-0810 LKK KJM P

   vs.

SACRAMENTO COUNTY, et al.,

      Defendants.           ORDER

_____/

        On January 9, 2008, plaintiff filed a letter regarding appointment of counsel and reopening his case. This civil rights action was closed on January 30, 2006. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

DATED: January 17, 2008.

                                  U.S. MAGISTRATE JUDGE

/mp
trac0810.58